**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 16-00321-12-CR-W-GAF** |
| | ) | |
| **ROBIN DAHMER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On December 27, 2018, Defendant appeared pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to the lesser included charge contained in Count One of the Third Superseding Indictment. Additionally, Defendant entered a plea of guilty to Count Two of the Third Superseding Indictment before United States Magistrate Judge Lajuana M. Counts. On January 2, 2019, Judge Counts issued her Report and Recommendation (Doc. #710). Objections were due on or before January 16, 2019. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in facts containing each of the essential elements of such offenses. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:  January 24, 2019